[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 22, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-15939

_____

D.C. Docket No. 03-21764-CV-FAM

EUGENE CAVICCHI,

Plaintiff-Appellant,

versus

HOMELAND SECURITY SECRETARY,
Michael Chertoff and the United States Department of
Homeland Security by and through The Bureau of Customs and
Border Protection,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(October 22, 2008)

Before TJOFLAT and CARNES, Circuit Judges, and THRASH,[*] District Judge.

_____

[*] Honorable Thomas W. Thrash, United States District Judge for the Northern District of
Georgia, sitting by designation.

PER CURIAM:

This case is here after limited remand from this Court so that the district court could apply the standard set out in the intervening decision in <u>Burlington Northern & Sante Fe Railway Co. v. White</u>, 548 U.S. 53, 126 S. Ct. 2405 (2006). On remand, the district court applied the <u>Burlington Northern</u> standard and, once again, entered summary judgment against Eugene Cavicchi and in favor of his former employer, the Department of Homeland Security, formerly the United States Customs Service.

After studying the briefs, considering the pertinent parts of the record, and listening carefully to oral argument, we conclude that the district court did not err in its application of the <u>Burlington Northern</u> standard.  As for Cavicchi's complaints about the way the lawsuit was handled in the district court on remand, there was no abuse of discretion in regard to any of the procedural rulings or matters he has raised.

AFFIRMED.